

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00708-CV

**RTO HAULING, LLC**,
Appellant

v.

Paul **ORTEGA**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI18246
Honorable Nadine Melissa Nieto, Judge Presiding

PER CURIAM

Sitting:     Rebeca C. Martinez, Chief Justice
             Irene Rios, Justice
             Lori I. Valenzuela, Justice

Delivered and Filed: February 12, 2025

DISMISSED

On November 19, 2024, the trial court clerk notified this court that the clerk's record was not filed when it was originally due because appellant had failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellant is not entitled to appeal without paying the fee. On November 19, 2024, this court ordered appellant to provide written proof to this court by December 2, 2024, that either (1) the clerk's fee had been paid or arrangements had been made to pay the clerk's fee; or (2) that appellant is entitled to appeal without paying the clerk's fee. We warned that, if appellant failed to timely respond, this appeal would be dismissed for want of

prosecution. *See* TEX. R. APP. P. 37.3(b). Appellant did not respond.[1] Accordingly, this appeal is dismissed for want of prosecution. *See id.* R. 37.3(b), 42.3(b). Costs of the appeal are taxed against appellant.

PER CURIAM

---

[1] Appellant also did not respond to our December 11, 2024 order to show cause in writing by December 23, 2024, that the filing fee of $205.00 had been paid or that appellant is entitled to appeal without paying the filing fee. *See* TEX. R. APP. P. 5, 20; *see also id.* R. 42.3(c).